IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| PAMELA PEARSON, | ) | |
| | ) | |
| Plaintiff, | ) | 4:06CV3239 |
| | ) | |
| v. | ) | |
| | ) | |
| U.S. TRANSPORTATION SECURITY ADMINISTRATION, | ) ) | ORDER |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED:

The joint oral motion of the parties is granted, and

1.  The deadline for initial disclosures is extended to May 2, 2007.

2.  The deadline for the parties to advise the court of their views regarding mediation is also extended to May 2, 2007.

DATED this 25th day of April, 2007.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge