IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| PAMELA PEARSON, | ) | 4:06CV3239 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| U.S. TRANSPORTATION SECURITY ADMINISTRATION, | ) ) | |
| | ) | |
| Defendant. | ) | |

On the oral motion of the defendant, and with the agreement of the plaintiff,

IT IS ORDERED that the parties' deadline for filing their joint stipulation for dismissal is extended to June 18, 2007.

June 4, 2007.                        BY THE COURT:

                                     s/ *Richard G. Kopf*
                                     United States District Judge